*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:  	Chapter: 13
    Gary A. Feldman

        Debtor(s)  	Bankruptcy No: 18–16836–mdc

***O R D E R***

**AND NOW,** this 15th day of October, 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Matrix List of Creditors due 10/19/2018
    Atty Disclosure Statement due 10/26/2018
    Chapter 13 Plan due by 10/26/2018
    Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Period Form 122C–1 Due 10/26/2018
    Means Test Calculation Form 122C–2 due 10/26/2018
    Schedules AB–J due 10/26/2018
    Statement of Financial Affairs due 10/26/2018
    Summary of Assets and Liabilities Form B106 due 10/26/2018

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

4
Form 130